AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

Kseniia Petrova

*Defendant(s)*

Case No. 25-5150-JGD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 16, 2025 in the county of United States in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 545 | Smuggling goods into the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

Brian Goldsworthy

*Complainant's signature*

Special Agent Brian Goldsworthy, HSI

*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 05/12/2025

Judith G. Dein

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge

*Printed name and title*