IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KSENIIA PETROVA | No. 1:25-cr-10272-LTS |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties respectfully submit the following Joint Interim Status Report.

1. **Status of Automatic and Additional Discovery and Any Pending Discovery Requests**

   The government produced automatic discovery on July 25, 2025.

2. **The Timing of Any Additional Discovery Requests**

   The defense expects to request additional discovery by letter to be served on the government no later than September 12, 2025.

3. **Protective Orders**

   No protective order is necessary.

4. **Pretrial Motions**

   Whether any discovery motion practice is necessary will depend on the government's response to the defendant's forthcoming letter requests. Defendant expects to file dispositive motions once discovery is complete. It is premature to set deadlines for such motions.

5. **Expert Disclosures**

   While the parties anticipate that expert witnesses may testify at trial, the parties believe it is premature to set a deadline for expert disclosures.

6. **Defenses of Insanity, Public Authority, or Alibi**

   The defendant does not anticipate raising defenses of insanity, public authority, or alibi.

7. **Excludable Delay**

   Zero days of non-excludable time have accrued.

8. **Plea Discussions and Likelihood and Estimated Length of Trial**

   The parties currently anticipate that a trial will be necessary and that it will last approximately one week.

9. **Further Status Conferences**

   Due to the circumstances set forth in this Status Report, the parties believe it is unnecessary to hold the interim status conference on September 9, 2025. Instead, the parties request the Court set an interim status conference in approximately 30 days, at which time the Court can set motion deadlines and, if appropriate, return the case to the District Court for an initial pretrial conference and setting of a trial date. The parties request that the Court, having excluded the time from the date of the initial appearance, should exclude the time from September 8, 2025 through the date set for the interim status conference, pursuant to the provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the interests of the public and defendant in a speedy trial.

- 3 -

<div style="display: flex;">
<div>

**LEAH B. FOLEY**

UNITED STATES ATTORNEY

By

*/s/ Nadine Pellegrini*
NADINE PELLEGRINI, ESQ.
DAVID HOLCOMB, ESQ.
Assistant United States Attorneys
(617) 748-3100
NADINE.PELLEGRINI@USDOJ.GOV
DAVID.HOLCOMB@USDOJ.GOV

</div>
<div>

Respectfully submitted,

**KSENIIA PETROVA**

By her attorneys,

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
DANIEL N. MARX, ESQ. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM

</div>
</div>

**Certificate of Service**

I hereby certify that this document and any attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 8, 2025.

*/s/ William Fick*