IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

KSENIIA PETROVA

No.  1:25-cr-10272-LTS

**ASSENTED-TO MOTION TO RESET DISCOVERY MOTION DEADLINES,
FOR LEAVE TO FILE EXCESS PAGES,
TO CONTINUE FINAL STATUS CONFERENCE,
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant, Kseniia Petrova, with the assent of the government, respectfully requests:

- That the deadline for her to file a Motion to Compel Discovery be reset to December 19, 2025, with the government's Opposition due January 19, 2026;

- That the Court permit each of the Motion and Opposition to exceed 20 pages;

- That the Court continue the Final Status conference, currently scheduled for December 19, 2025, to a date in January that will permit hearing on the fully-briefed Motion; and

- That the Court exclude time under the Speedy Trial Act through the date of the Final Status Conference in the interests of justice.

As grounds for this motion, undersigned counsel state:

1.     By Interim Status Report dated October 14, 2025, the Court directed the parties to establish a schedule to fully brief Ms. Petrova's anticipated Motion to Compel by December 15, 2025. The Court also set a Final Status Conference at which the Motion would be heard on December 19, 2025.

1

2.      At the time of the October 14, Interim Status Report in this case, undersigned counsel had started a criminal trial in the Southern District of New York, *United States v. Peraire-Bueno*, 1:24-cr-00293-JGLC, that was then expected to last 2-3 weeks.  In fact, however, the trial lasted 4 weeks, ending November 7, 2025.

3.      The extended duration of the *Peraire-Bueno* trial in New York had a cascading effect on other professional deadlines and commitments of undersigned counsel.

4.      In addition, each of undersigned counsel had separate week-long pre-paid international travels planned with family at various times during the period from November 8 - December 8, 2025.

5.      Accordingly, undersigned counsel required additional time to prepare a Motion to Compel, and in consultation with the government, have proposed the revised briefing schedule and Final Status Conference date herein.

6.      Because the Motion to Compel will require quotation of defense requests and the government's responses to establish context, the parties request leave to file a Motion and Opposition in excess of 20 pages, if necessary.

7.      Pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) the defendant requires additional time for the preparation of an effective defense,

2

including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and therefore the interests of justice outweigh the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby requested that Court enter excludable time for the period of December 19, 2025 (the expiration of the last order of excludable time) and the next status conference.

Respectfully submitted,

KSENIIA PETROVA

By her attorneys,

*/s/  William Fick*

William Fick, Esq. (BBO # 650562)
Daniel Marx, Esq. (BBO # 674523)
Amy Barsky, Esq. (BBO # 601111)
FICK & MARX LLP
24 Federal Street, Fl. 4
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM
ABARSKY@FICKMARX.COM

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 15, 2025.

*/s/ William Fick*

3