UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-cr-10272-LTS-JGD |
| | ) | |
| KSENIIA PETROVA, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STATUS REPORT

The parties respectfully file this status report pursuant to the Court's Memorandum of Decision and Order on Defendant's Motion to Compel Discovery (Dkt. 55) ("Memorandum and Order").

The government respectfully states that it intends on serving and filing objections to the Memorandum and Order under Fed. R. Crim. P. 59(a).[1] The parties have conferred and, based on their respective schedules, respectfully request that the government's objections be filed no later than May 4, 2026, with any response by the defendant due no later than June 1, 2026.

The parties respectfully request that the Court adopt these deadlines for filing objections and a response in lieu of the status conference currently scheduled for April 16, 2026.[2]

---

[1] Rule 59(a) ("Nondispositive Matters") states, in relevant part: "A party may serve and file objections to the [magistrate judge's] order within 14 days after being served with a copy of a written order or after the oral order is stated on the record, or at some other time the court sets. The district judge must consider timely objections and modify or set aside any part of the order that is contrary to law or clearly erroneous."

[2] Alternatively, the parties respectfully request that the Court continue the April 16 status conference to a later date based on a personal conflict of counsel for the defendant.

Respectfully submitted,

**KSENIIA PETROVA**                          **LEAH B. FOLEY**
By her attorneys,                            UNITED STATES ATTORNEY


*/s/ William W. Fick*                        */s/ David M. Holcomb*
William W. Fick, Esq.                        David M. Holcomb
Daniel N. Marx, Esq.                         Assistant United States Attorney
Fick & Marx LLP                              One Courthouse Way, Suite 9200
24 Federal Street, 4th Floor                 Boston, Massachusetts 02210
Boston, MA 02110


### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: April 13, 2026                        */s/ David M. Holcomb*
                                             Assistant United States Attorney

2