UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
25-10272-LTS

UNITED STATES OF AMERICA

v.

KSENIIA PETROVA

**INTERIM STATUS REPORT**

April 14, 2026

DEIN, M.J.

An Interim Status Conference pursuant to Local Rule 116.5(b) was scheduled to be held before

this court on April 16, 2026, but with the court's consent, the parties have agreed to proceed by way of

a joint status report.  Based on that report, this court enters the following report and orders to wit:

1.  The government produced its automatic discovery on July 25, 2025.  The defendant is in the process of reviewing the documents produced by the government to date.  The court has recently issued an order authorizing the defendant to seek additional documents from the government.  The government shall file its objections to the defendant's document requests by no later than May 4, 2026.  The defendant will file her response by no later than June 1, 2026. The issues will be addressed at the next status conference, presently scheduled for June 5, 2026.

2.  The government does not expect to produce additional discovery except in accordance with the Local Rules and in response to court orders and specific requests.

3.  The date for filing dispositive motions shall be set at the next status conference.

4.  The date for providing expert disclosures will be addressed at the next status conference.

5.  This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of April 16, 2026 through June 5, 2026, that being the period between the expiration of the last order of excludable time and the next status conference.

[2]

Based upon the prior orders of the court dated June 27, 2025, August 8, 2025, September 9, 2025, October 14, 2025, December 16, 2025, February 10, 2026, March 24, 2026 and the order entered contemporaneously herewith, at the time of the Final Status Conference on June 5, 2026, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference and hearing on discovery issues has been scheduled for June 5, 2026 at 10:30 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. At present the parties anticipate that a trial will be necessary and that it will last approximately one week.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

[2]