UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 1:25-10272-LTS-JGD |
| KSENIIA PETROVA, | ) ) | |
| Defendant | ) ) ) | |

### ASSENTED TO MOTION FOR LEAVE TO FILE REPLY

The government respectfully requests leave to file a reply to the defendant's Response

(Dkt. 67) regarding the government's Objections to Magistrate Judge's Order (Dkt. 63) by June

12, 2026.  The defendant assents to this request

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:   */s/ David M. Holcomb*
DAVID M. HOLCOMB
Assistant United States Attorney

Date:  June 3, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on June 3, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:    */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney

2