UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 1:25-10272-LTS-JGD |
| KSENIIA PETROVA, | ) ) | |
| Defendant | ) ) ) | |

## STATUS REPORT AND SECOND MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully submits this status report and second motion to continue the status conference currently set for June 30, 2026 on behalf of both parties.

The Court's Interim Status Report dated June 1, 2026 (Dkt. 68) states:

The government has filed an objection to this court's order authorizing the defendant to seek additional documents from the government. That objection is presently pending before the District Judge. To allow time for the resolution of that objection, the status conference presently scheduled for June 5, 2026 is continued to June 30, 2026 at 10:00 a.m. If the status of the matter before the District Judge warrants an adjustment of date for the next status conference before this court, the parties shall file an appropriate motion.

The government filed its objections (Dkt. 63) on May 4, 2026; the defendant filed a response on June 1, 2026 (Dkt. 69); and the government filed a reply (Dkt. 72) on June 12, 2026. The government's objections are pending before the District Judge.

The government respectfully submits that the issues for the status conference (including deadlines for any dispositive motions and any further discovery issues) would best be addressed after the District Judge has resolved the government's objections.  Accordingly, the government requests that the Court continue the final status conference until approximately two weeks after

the District Judge has ruled on the government's objections (and exclude the time until such date under the Speedy Trial Act).

Additionally, the parties request a continuance of the status conference based on the unavailability of counsel next week.[1]

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:    /s/ David M. Holcomb
       DAVID M. HOLCOMB
       Assistant United States Attorney

Date:  June 25, 2026

---

[1] Counsel for the defendant began a three-week trial on June 22, 2026 with Judge Talwani, which is expected to continue through at least July 10, 2026.  Counsel for the government is unavailable next week because of a personal conflict.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on June 25, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:    */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney