UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:25-10272-LTS-JGD |
| | ) | |
| KSENIIA PETROVA, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**STATUS REPORT AND THIRD MOTION TO CONTINUE STATUS CONFERENCE**

The government respectfully submits this status report and third motion to continue the status conference currently set for August 11, 2026, on behalf of the parties.

On May 28 and June 26, 2026, the Court continued the next status conference in this case based on the government's pending objections to the Court's discovery order regarding vindictive and selective prosecution claims. The Court's Interim Status Report dated June 29, 2026 states:

> The government has filed an objection to this court's order authorizing the defendant to seek additional documents from the government. That objection is presently pending before the District Judge. To allow time for the resolution of that objection, the status conference presently scheduled for June 30, 2026 is continued to August 11, 2026 at 10:00 a.m. If the status of the matter before the District Judge warrants an adjustment of date for the next status conference before this court, the parties shall file an appropriate motion.

The government's objections remain pending before the District Judge. Because the issues for the next status conference (*e.g.*, deadlines for any dispositive motions and any further discovery issues) will depend in large part on the District Judge's resolution of the government's objections, the parties respectfully request that the Court continue the status conference until approximately two weeks after the District Judge has ruled on the government's objections (and exclude the time until such date under the Speedy Trial Act).

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:    /s/ David M. Holcomb
DAVID M. HOLCOMB
Assistant United States Attorney

Date:  August 7, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on August 7, 2026 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:   */s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney

3