IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KSENIIA PETROVA | No. 1:25-cr-10272-LTS |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Kseniia Petrova, with the assent of the government and U.S. Probation, respectfully requests that her conditions of release be modified to permit travel to New York (her current conditions permit travel only within the New England States).

Respectfully submitted,

**KSENIIA PETROVA**

By her attorneys,

*_/s/ William W. Fick_*
William W. Fick, Esq. (BBO# 650562)
Daniel N. Marx, Esq. (BBO# 674523)
Amy Barsky, Esq. (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM
ABARSKY@FICKMARX.COM

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2026.

*/s/ William W. Fick*