**From:** [redacted]
**To:** [redacted]
**Subject:** Re: Harvard frog biologicals case (Petrova)
**Date:** Thursday, May 1, 2025 6:12:19 PM
**Attachments:** image001.png

---

Interesting to see advance discussion of the plan to smuggle. We'll have the field engage.

---

**From:** [redacted] [redacted]@ice.dhs.gov>
**Sent:** Thursday, May 1, 2025 6:10:15 PM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]hsi.dhs.gov>
**Subject:** FW: Harvard frog biologicals case (Petrova)

Sirs –

I want to make sure that HSI is aware of the fact that the Russian woman with the frog biologicals, Kseniia Petrova, was in communication with another Russian at Harvard, her supervisor by the name of [redacted]. CBP reviewed her electronic devices and found a conversation between her an [redacted] where he asks: "what is your plan for getting through US Customs with samples?" In which Petrova responds with "No plan yet. I won't be able to swallow them."

All the media coverage was about Petrova, and I don't think this particular bit of information was disclosed publicly. Here's an excerpt of the attached write-up (from ERO's system):

> Due to the fact that PETROVA was traveling with undeclared biologicals and having ties with a country of interest, there was reasonable suspicion to request an advanced search. The advanced exam was approved by CBP Watch Commander [redacted]. The advanced exam was successful and positive on the device. Information from the electronic device search was retained by CBP in a privacy act compliant system and consistent with the applicable system of records notice. The port retained no copies other than the information retained in ATS.
>
> During the media exam there were multiple conversations where she displays knowledge that she required authorization to bring samples into the United States. PETROVA even has a conversation with [redacted] where he asks: "what is your plan for getting through US Customs with samples?" In which PETROVA responds with "No plan yet. I won't be able to swallow them."

[redacted] is out in the media talking about how wrong the arrest is, but that exchange suggests he might be just as much of a problem as her. It would be good to know that someone in the government is digging into this. She has all sorts of other connections in the U.S. and Europe that have not been part of the narrative. Maybe he does, too.

Colleague of Harvard scientist held by ICE warns that foreign scientists are scared | WGCU PBS & NPR for Southwest Florida

[redacted]

[redacted]

**U.S. Immigration and Customs Enforcement**

ICE

**From:** [redacted]@ice.dhs.gov>
**Sent:** Friday, April 11, 2025 3:06 PM
**To:** [redacted]@ice.dhs.gov>
**Subject:** Petrova

Sir,

The attached is all of the relevant case information in the ERO system.

Respectfully,

[redacted]

U.S. Immigration and Customs Enforcement

[redacted]

*Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.*