**From:** HSIDomesticOpsNewEngland
**To:** [redacted]
**Cc:** HSIDomesticOpsNewEngland
**Subject:** NE 463 - Kseniia Petrova / [redacted] - Harvard Frog Biologicals Case
**Date:** Friday, May 2, 2025 11:13:22 AM

---

Good morning New England,

The following information is coming direct from the ICE front office for immediate action by New England:

Russian-born scientist Kseniia PETROVA (Harvard Medical School) was detained by CBP in February at Boston's Logan Airport when returning from France and had her visa canceled after CBP found undeclared frog embryos in her suitcase. Her supervisor, [redacted] has been in the news speaking to the media about PETROVA's arrest. Colleague of Harvard scientist held by ICE warns that foreign scientists are scared | WGCU PBS & NPR for Southwest Florida

Kseniia PETROVA, was in communication with [redacted] prior to the arrest. CBP reviewed her electronic devices and found a conversation between her an [redacted] where he asks: "what is your plan for getting through US Customs with samples?" In which PETROVA responds with "No plan yet. I won't be able to swallow them."
Excerpt of writeup from EAGLE:

Due to the fact that PETROVA was traveling with undeclared biologicals and having ties with a country of interest, there was reasonable suspicion to request an advanced search. The advanced exam was approved by CBP Watch Commander [redacted] The advanced exam was successful and positive on the device. Information from the electronic device search was retained by CBP in a privacy act compliant system and consistent with the applicable system of records notice. The port retained no copies other than the information retained in ATS.

During the media exam there were multiple conversations where she displays knowledge that she required authorization to bring samples into the United States. PETROVA even has a conversation with [redacted] where he asks: "what is your plan for getting through US Customs with samples?" In which PETROVA responds with "No plan yet. I won't be able to swallow them."

Kseniia PETROVA
DOB: 12/29/1994
A# [redacted]
FBI# [redacted]
Event# [redacted]
COC: Russia

**The ICE front office is asking for HSI New England to engage with CBP, review the electronic devices, and determine if there are any viable charges. Also, need to review that communication to determine whether or not the supervisor was complicit with the smuggling attempt. If so, please flag and engage with SEVP for review/action. ICE FO is asking for an update by the middle of next week.**

Thank you,

[redacted]
Domestic Operations
e: [redacted]@hsi.dhs.gov
p: [redacted]
a: 500 12th St. SW, Washington DC 20536