**From:** Pellegrini, Nadine (USAMA)
**To:** [redacted]; Goldsworthy, Brian M
**Cc:** [redacted]@fws.gov)
**Subject:** RE: Frogs
**Date:** Monday, May 5, 2025 11:50:19 AM

---

Thank you!

I've added SA [redacted] to this chain. He can do some background checking on whether or not these items have ever been allowed in and follow up with the wildlife inspector who works with agriculture.

[redacted] is a wonderful agent and friend and whatever you need, he will track it down. I think, in addition to smuggling and obstruction, the importation is a violation under 18 USC Section 42. It's a misdemeanor but anything that gives us an opportunity to explain *why this deception is important* is helpful.

N.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, May 5, 2025 10:55 AM
**To:** Goldsworthy, Brian M [redacted]@hsi.dhs.gov>; Pellegrini, Nadine (USAMA) <Nadine.Pellegrini@usdoj.gov>
**Subject:** [EXTERNAL] RE: Frogs

Good morning Nadine,

Brian's case number is BO07WE25BO0001 and he's starting to work away at filling in some gaps for us.

Thanks
[redacted]

---

**From:** Goldsworthy, Brian M [redacted]@ice.dhs.gov>
**Sent:** Friday, May 2, 2025 8:29 PM
**To:** nadine.pellegrini@usdoj.gov
**Cc:** [redacted]@hsi.dhs.gov>
**Subject:** RE: Frogs

I'll also look into that. Attached are the two CBP reports for reference.

---

**From:** Brian Goldsworthy [redacted]@fbi.gov>
**Sent:** Friday, May 2, 2025 6:51 PM
**To:** Goldsworthy, Brian M [redacted]@ice.dhs.gov>

**Subject:** FW: Frogs

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

---

**From:** Pellegrini, Nadine (USAMA) <Nadine.Pellegrini@usdoj.gov>
**Sent:** Friday, May 2, 2025 6:50:23 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** [redacted]@hsi.dhs.gov>; Goldsworthy, Brian M. (BS) (TFO) [redacted]@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Frogs

Hey guys, no one likes frogs which are not native because they are highly invasive. Will check to see if there's a ban